McGARRY v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN.

(Supreme Court, Appellate Division, Second Department.    January 24, 1908.)

Appeal from Special Term.

Action by Peter McGarry against the Edison Electric Illuminating Company of Brooklyn. From an adverse judgment and order, plaintiff appeals. Reversed, and new trial granted.

Argued before HIRSCHBERG, P. J., and JENKS, HOOKER, GAYNOR, and RICH, JJ.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Ward v. Edison Electric Illuminating Company (decided herewith) 108 N. Y. Supp. 608.

HIRSCHBERG, P. J., not voting.

---

## O'BRIEN v. CITY OF NEW YORK.

(Supreme Court, Appellate Term.    February 7, 1908.)

1. COURTS—MUNICIPAL COURT—PLEADING—PLEADING JUDGMENT AS DEFENSE—ORAL PLEADING—BILL OF PARTICULARS—NECESSITY OF PLEADING JUDGMENT.

In an action by plaintiff in the Municipal Court of New York City to recover his salary as tenement house inspector while suspended from duty, where, the pleadings being oral, the complaint was "Salary," and the answer was "General denial, demand for bill of particulars," it was not incumbent upon defendant, in order to rely as a defense upon a prior judgment against plaintiff involving the same claim, to anticipate the facts set forth in the bill of particulars and plead "Res adjudicata" in its oral answer.

2. SAME—RULES OF DECISION—PRECEDENTS—PREVIOUS DECISIONS.

In an action to recover his salary as tenement house inspector while under suspension alleged to have been illegal because not having been made by the commissioner, a decision in mandamus proceedings that if the suspension was made by the commissioner it was valid was not binding in the present action, under the doctrine of stare decisis, since the issues in the two suits were different.

3. MUNICIPAL CORPORATIONS—OFFICERS AND EMPLOYÉS—REMOVAL OF EMPLOYÉ.

Where the deputy tenement house commissioner wrote a letter to the chief inspector, directing that plaintiff be suspended as tenement house inspector pending investigation, the letter being countersigned by the tenement house inspector: "O. K. E. J. B."—his suspension was by the commissioner, and not by the chief inspector.

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by William F. O'Brien against the city of New York. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed.

Argued before GILDERSLEEVE, P. J., and SEABURY and GERARD, JJ.